IN THE MATTER OF THE PETITION OF THE SECOND AVENUE
BAPTIST CHURCH OF HARLEM TO VACATE AN ASSESSMENT.

(Submitted June 19, 1877; decided September 25, 1877.)

*Alexander B. Johnson,* for appellant.

*J. A. Beall,* for respondent.

Agree to affirm on opinion of RAPALLO, J., in *In re
Hebrew Benevolent Orphan Asylum.* (*Ante,* p. 476.)
All concur.
Order affirmed.